14.13.00104.CR

To The Fourteenth Court of Appeals,                    2-2-14

  I was giving the right to file a petition for discretionary review with the Court of Criminal Appeals and I was in the hospital John Sealy when I recieved these papers. I wrote Judge David Mendoza about an extension but never recieve word back. So to me I must have wrote the wrong courts not know which court to right an didn't have a clue of what lawyer I was gonna hire. So now I writing this court to see if this is the right court to write about an extension, cause now my family is in the process of hiring a lawyer and I want to no due to me being in the hospital is it to late for me to get a hired lawyer to pursue the petition for discretionary review? Can you phase let me know as soon as possible cause I think I wrote the wrong courts and my family is just now in the process of hiring a lawyer.

Thank You and have a bless day,
Mr. Yantsey P. Gonzales

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

FEB 05 2015

CHRISTOPHER A. PRINE
CLERK

MAILED
2/3/15